No. 74–636. PELLICCI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 74–640. ECONOMIC RESEARCH ANALYSTS, INC., ET AL. v. O'CONNELL; and

No. 74–642. ECONOMIC RESEARCH ANALYSTS, INC., ET AL. v. HUDAK. C. A. 5th Cir. Certiorari denied. Reported below: No. 74–640, 499 F. 2d 994; No. 74–642, 499 F. 2d 996.

No. 74–651. BRENNAN, SECRETARY OF LABOR v. GREY-HOUND LINES, INC. C. A. 7th Cir. Certiorari denied.

No. 74–654. O'DELL ET AL. v. CITY OF CHATTANOOGA ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 74–668. SELIKOFF v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 74–672. CITY OF LOS ANGELES v. AARON ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–686. LOESER v. LOESER. Ct. App. Ind. Certiorari denied.

No. 74–695. DESKINS v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 74–697. MAHONEY ET AL. v. PHILADELPHIA HOUSING AUTHORITY. Pa. Commw. Ct. Certiorari denied.

No. 74–5005. ALEXANDER ET AL. v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.